| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X D.A.Smith  ☑ Agent  ☐ Addressee<br>B. Received by (*Printed Name*): D.A.Smith    C. Date of Delivery: 9-19-0_<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Henry Jordan<br>#350-811<br>CCI<br>P.O. Box 5500<br>Chillicothe, OH. 45601 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7002 0860 0006 5229 4339 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

1:00cv865 #17