IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT



HENRY JORDAN,
    PETITIONER,

V.

MICHAEL P. RANDLE.

LOWER COURT NO. C-1-00-865

FILED
KENNETH J. MURPHY
CLERK

03 OCT 16 AM 10: 58

U.S. DIST COURT
WEST DIV CINCINNATI

MOTION REQUESTING EXTENSION OF TIME PURSUANT
TO FEDERAL RULES OF APPELLATE PROCEDURE 4 (5)

The petitioner Henry Jordan is before this Honorable Court requesting an extension of time for two weeks past October 16, 2003 of the dead-line for filing a Notice of Appeal. The reasons are as follows:

    1) The institution where petitioner is currently confined does not allow inmates to make copies and mail out legal mail with-out the proper funds on their personal account in which to cover mailing expenses.

    2) Petitioner is limited to his state pay which is not due to be posted until October 15, 2003.

    3) The petitioner will be able to pay for postage and handling as well as copies of his memorandum in support in his request for a certificate of appealability to this Court of Appeals.

    4) The reason petitioner has to file in the Sixth Circuit Court of Appeals is because the District Court for the Southern District of Ohio, presiding Judge Dlott, denied petitioner Certificate of Appealability and Informa Pauper status and dismissed his Writ of Habeas Corpus Petition with prejudice.
    Petitioner prays this Honorable Court grant this two extension.

CERTIFICATE OF SERVICE

PETITIONER IS MAILING A COPY OF THIS MOTION TO:
STEPHANIE L. WATSON
TRIAL ATTORNEY FOR RESPONDENT
1600 CAREW TOWER
441 VINE STREET.
CIN, OHIO 45202  MAiLed out
                10-9-03

RESPECTFULLY SUBMITTED
Henry Jordan
HENRY JORDAN # 350-811
P.O. BOX 5500
CHILLICOTHE, OHIO 45601

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 538
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

Barbara Burns
(513) 564-7021

October 15, 2003

Mr. Kenneth J. Murphy, Clerk
100 E. Fifth Street
Suite 326
U.S. Post Office and Federal Courthouse
Cincinnati, Ohio 45202

Re:  C-1-00-865    Jordan vs. Randle

Dear Mr. Murphy:

   I am forwarding to you, for ruling, a motion requesting an extension of time to file a notice of appeal submitted by Henry Jordan.

   Via this letter, I am advising Mr. Jordan that any future request for this type of relief must be directed to the appropriate district court. See FRAP Rule 4.

   Thank you for your attention to this matter.

Very truly yours,

Barbara J. Burns
Operations Supervisor

cc: Mr. Henry Jordan