IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HENRY JORDAN,
    PETITIONER,
V.

MICHAEL RANDLE,
    RESPONDENT.

CASE NO. C-1-00-865

JUDGE DLOTT

MAGISTRATE SHERMAN

NOTICE OF APPEAL

Now comes Henry Jordan submitting his Notice of Appeal to the District Court from the order entered on 9-16-03, Petitioner respectfully thanh thank the Court.

CERTIFICATE OF SERVICE

A COPY OF THIS MOTION WAS FORWADED TO:
STEPHANIE L. WATSON
TRIAL ATTORNEY FOR RESPONDENT
1600 CAREW TOWER
441 VINE STREET
CINCINNATI, OHIO 45202   ON  10-9-03  .

RESPECTFULLY SUBMITTED

*Henry Jordan*
HENRY JORDAN # 350-811
P.O. BOX 5500
CHILLICOTHE, OHIO 45601