IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

HENRY JORDAN,
    PETITIONER,

V.

MICHAEL P. RANDLE.

LOWER COURT NO. C-1-00-865

*RECEIVED LEONARD GREEN, Clerk OCT 14 2003*

*FILED KENNETH J. MURPHY CLERK 03 OCT 16 AM 10:58 SOUTHERN DIST OHIO WEST DIV CINCINNATI*

*Granted Susan J. Dlott Oct 21, 2003*

MOTION REQUESTING EXTENSION OF TIME PURSUANT
TO FEDERAL RULES OF APPELLATE PROCEDURE 4 (5)

The petitioner Henry Jordan is before this Honorable Court requesting an extension of time for two weeks past October 16, 2003 of the dead-line for filing a Notice of Appeal. The reasons are as follows:

1) The institution where petitioner is currently confined does not allow inmates to make copies and mail out legal mail with-out the proper funds on their personal account in which to cover mailing expenses.

2) Petitioner is limited to his state pay which is not due to be posted until October 15, 2003.

3) The petitioner will be able to pay for postage and handling as well as copies of his memorandum in support in his request for a certificate of appealability to this Court of Appeals.

4) The reason petitioner has to file in the Sixth Circuit Court of Appeals is because the District Court for the Southern District of Ohio, presiding Judge Dlott, denied petitioner Certificate of Appealability and Informa Pauper status and dismissed his Writ of Habeas Corpus Petition with prejudice.
    Petitioner prays this Honorable Court grant this two extension.

CERTIFICATE OF SERVICE

PETITIONER IS MAILING A COPY OF THIS MOTION TO:
STEPHANIE L. WATSON
TRIAL ATTORNEY FOR RESPONDENT
1600 CAREW TOWER
441 VINE STREET.
CIN, OHIO 45202

*MAiLed out 10-9-03*

RESPECTFULLY SUBMITTED
*Henry Jordan*
HENRY JORDAN # 350-811
P.O. BOX 5500
CHILLICOTHE, OHIO 45601