| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ | ☐ Agent<br>☐ Addressee | |
| | B. Received by ( *Printed Name* )<br>_L ture_ | C. Date of Delivery | |
| 1. Article Addressed to:<br><br>Henry Jordan<br>#350-811<br>CCI<br>P.O. Box 5500<br>Chillicothe, OH. 45601 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No | | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |
| 2. Article Number<br>*(Transfer from service label)* | 7002 0860 0000 1408 6367 | | |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-0835