# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:00cv865 | **Court of Appeals Case No:** 03-4362 |
| **SHORT CAPTION** <br> * HENRY JORDAN | **Case Manager:** |
| **Plaintiff/Petitioner** <br><br> vs. <br><br> **MICHAEL RANDLE** <br> Defendant/Respondent <br><br> P.O. BOX 5500 <br> Chillicothe, Ohio 45601 <br><br> *provide pro se address IF NOT on the docket sheet | **Date Filed:** <br><br> **FILED** <br><br> OCT 22 2003 <br><br> **LEONARD GREEN, Clerk** |
| **District Court Judge:** Susan J. Dlott <br><br> **Court Reporter(s):** | **Anything That Needs Special Attention** <br><br> Notice of Appeal (doc.#20) appealing Order (doc.#17) entered by Judge Dlott on September 15, 2003. |
| **From Deputy Clerk:** Arthur Hill <br><br> **Date:** October 17, 2003 | |
| $105.00 Appeal Filing Fee Paid? **NO** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)       Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)       **Sealed**   Volume(s)

  **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**KENNETH J. MURPHY**
Clerk: _____
United States District Court