# TRANSMISSION FORM

| District Court: | S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:00cv0865 | Court of Appeals Case No: 03-4362 |
| SHORT CAPTION | | |
| HENRY JORDAN* | | Case Manager: |
| Plaintiff/Petitioner | | Date Filed: |
| vs. | | |
| MICHAEL RANDLE | | |
| Defendant/Respondent | | |
| #350-811<br>P.O. Box 5500<br>Chillicothe, OH 45601 | | |
| *provide pro se address IF NOT on the docket sheet | | |
| District Court Judge: | SUSAN J. DLOTT | Anything That Needs Special Attention |
| Court Reporter(s): | | NOTICE OF APPEAL(DOC.20) appealing ORDER(DOC.17) entered on 9/15/2003. |
| From Deputy Clerk: | ARTHUR HILL | |
| Date: | 3/5/2004 | |
| $255.00 Appeal Filing Fee Paid?  NO | | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) One (1)    Volume(s)

Deposition(s)    Volume(s)        Exhibit(s)        Volume(s)

Transcript(s)    Volume(s)        **Sealed**        Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: JAMES BONINI
_____
United States District Court