No. 03-4362

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

APR 21 2004

LEONARD GREEN, Clerk

HENRY JORDAN, )
)
    Petitioner-Appellant, )
)
v. ) O R D E R
)
MICHAEL RANDLE, Warden, )
)
    Respondent-Appellee. )
)

1:00 cv 0865

    Henry Jordan, an Ohio state prisoner, moves for a certificate of appealability and pauper status and appeals pro se a district court order dismissing his petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254.

    Upon consideration, the motion for a certificate of appealability is denied. The motion for pauper status is denied as moot.

ENTERED BY ORDER OF THE COURT

*Leonard Green*
            Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
    Deputy Clerk