FILE COPY

# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

**LEONARD GREEN**
**CLERK**

**MICHELLE R. SENGER**
**(513) 564-7045**
**www.ca6.uscourts.gov**

Filed: May 12, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 03-4362
  Jordan vs. Randle
  District Court No. 00-00865

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of
appellate proceedings. [03-4362] . Volumes included: 1  Pl;

Please acknowledge receipt of the certified record on the attached
copy of this letter and return it to this office.

_Arthur Hill, deputy clerk_
Name and Title of Authorized Agent for
the District Court or Government Agency

_5-14-04_
Date

Very truly yours,
Leonard Green, Clerk

_MRS_
Michelle R. Senger
Records Management Deputy